IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKEY DORSEY,

   Plaintiff,

    v.

THE GEORGIA DEPARTMENT OF
STATE ROAD AND TOLLWAY
AUTHORITY
SRTA,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1182-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 7]. This action is barred by Eleventh Amendment immunity. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is GRANTED.

SO ORDERED, this 10 day of August, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge